1  Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, NV Bar No. 12277
7     *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
11 Attorneys for Defendants
   CHICAGO TITLE INSURANCE COMPANY and CHICAGO
12 TITLE OF NEVADA, INC.

13 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
14
   Gary L. Compton, State Bar No. 1652
15 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121

16 **UNITED STATES DISTRICT COURT**

17 **DISTRICT OF NEVADA**

| US BANK, NATIONAL ASSOCIATION, | Case No.: 2:21-CV-00455-GMN-BNW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | **FIRST REQUEST** |
| Defendants. | |

      COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and Chicago Title of Nevada, Inc. ("Chicago Agency") (collectively "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1. On March 18, 2021 U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 18, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Chicago Title and Chicago Agency's responses to U.S. Bank's complaint are currently due on April 16, 2021;

4. Counsel for Defendants request a 31-day extension, through and including Monday, May 17, 2021, for Defendants to file their respective responses to U.S. Bank's complaint to afford Defendants' counsel additional time to review and respond to U.S. Bank's complaint.

5. Counsel for U.S. Bank does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' deadline to respond to the complaint is hereby extended through and including Monday, May 17, 2021.

Dated:  April 8, 2021                    SINCLAIR BRAUN LLP


By:  _/s/-Kevin S. Sinclair_
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    CHICAGO TITLE INSURANCE COMPANY
    and CHICAGO TITLE OF NEVADA, INC.

Dated:  April 8, 2021                    WRIGHT FINLAY & ZAK, LLP


By:  _/s/-Darren T. Brenner_
    DARREN T. BRENNER
    Attorneys for Plaintiff
    U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated April 13, 2021.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**