Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY and CHICAGO TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00455-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**SECOND REQUEST** |

COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and Chicago Title of Nevada, Inc. ("Chicago Agency") (collectively "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On March 18, 2021 U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 18, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On April 13, 2021, the Court granted the parties' first stipulation extending Defendants deadline to respond to the complaint to May 17, 2021 (ECF No. 9);

4. Counsel for Defendants request a 15-day extension, through and including June 1, 2021, for Defendants to file their respective responses to U.S. Bank's complaint to afford Defendants' counsel additional time to review and respond to U.S. Bank's complaint.

5. Counsel for U.S. Bank does not oppose the requested extension;

6. This is the second request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' deadline to respond to the complaint is hereby extended through and including June 1, 2021.

Dated: May 13, 2021                SINCLAIR BRAUN LLP


By: _/s/-Kevin S. Sinclair_
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    CHICAGO TITLE INSURANCE COMPANY
    and CHICAGO TITLE OF NEVADA, INC.

Dated: May 13, 2021                WRIGHT FINLAY & ZAK, LLP


By: _/s/-Darren T. Brenner_
    DARREN T. BRENNER
    Attorneys for Plaintiff
    U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

    Dated May 18, 2021.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**