Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC, CHICAGO
TITLE INSURANCE COMPANY and CHICAGO TITLE OF
NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00455-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**THIRD REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Chicago Title

Insurance Company ("Chicago Title") and Chicago Title of Nevada, Inc. ("Chicago Agency")

(collectively "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and

through their respective attorneys of record, which hereby agree and stipulate as follows:

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1.        On March 18, 2021 U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2.        On March 18, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3.        On April 13, 2021, the Court granted the parties' first stipulation extending Defendants' deadline to respond to the complaint (ECF No. 9);

4.        On May 18, 2021 the Court granted the parties' second stipulation extending Defendants' deadline to respond to the complaint (ECF No. 18);

5.        Counsel for Defendants request a 14-day extension, through and including June 15, 2021, for Defendants to file their respective responses to U.S. Bank's complaint to afford Defendants' counsel additional time to review and respond to U.S. Bank's complaint.

6.        Counsel for U.S. Bank does not oppose the requested extension;

7.        This is the third request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

8.        This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//

//

//

//

//

//

//

//

//

//

//

//



**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including June 15, 2021.

Dated:  May 26, 2021                    SINCLAIR BRAUN LLP


                                        By:   _/s/-Kevin S. Sinclair_____
                                            KEVIN S. SINCLAIR
                                            Attorneys for Defendants
                                            CHICAGO TITLE INSURANCE COMPANY
                                            and CHICAGO TITLE OF NEVADA, INC.

Dated:  May 26, 2021                    WRIGHT FINLAY & ZAK, LLP


                                        By:   _/s/-Darren T. Brenner_____
                                            DARREN T. BRENNER
                                            Attorneys for Plaintiff
                                            U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

    Dated   May 27, 2021.

                                        _____
                                        BRENDA WEKSLER
                                        UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

