Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-4F, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4F,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00455-GMN-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 10] AND MOTION FOR FEES AND COSTS [ECF No. 11]**<br><br>**(Second Request)** |



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
619440.1

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff U.S. Bank National Association ("U.S. Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 18, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-831364-C [ECF No. 1-1];
2. On March 18, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On April 19, 2021, U.S. Bank filed a Motion for Remand [ECF No. 10] and Motion for Costs and Fees [ECF No. 11];
4. On May 3, 2021, the Court granted the parties' first request to extend Chicago Title's time to respond to the Motion for Remand and Motion for Costs and Fees.
5. Chicago Title's deadline to respond to U.S. Bank's Motion for Remand and Motion for Costs and Fees is now June 4, 2021;
6. Chicago Title's counsel is requesting an additional extension until June 30, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Chicago Title requests a further extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in U.S. Bank's motions;
8. U.S. Bank does not oppose the requested extension;
9. This is the second request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

619440.1

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to U.S. Bank's Motion for Remand [ECF No. 10] and Motion for Costs and Fees [ECF No. 11] is hereby extended through and including June 30, 2021.

Dated: June 2, 2021     EARLY SULLIVAN WRIGHT
                         GIZER & McRAE LLP

                        By:  */s/-- Sophia S. Lau*
                            SCOTT E. GIZER
                            SOPHIA S. LAU
                            Attorneys for Defendant CHICAGO TITLE
                            INSURANCE COMPANY

Dated: June 2, 2021     SINCLAIR BRAUN LLP

                        By:  */s/-Kevin S. Sinclair*
                            KEVIN S. SINCLAIR
                            Attorneys for Defendant CHICAGO TITLE
                            INSURANCE COMPANY

Dated: June 2, 2021     WRIGHT FINLAY & ZAK, LLP

                        By:  */s/-Christina V. Miller*
                            DARREN T. BRENNER
                            CHRISTINA V. MILLER
                            Attorneys for Plaintiff U.S. BANK
                            NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this ___3___ day of June, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



# **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ D'Metria Bolden*
D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

619440.1