WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-4F, Mortgage Pass-Through Certificates, Series 2006-4F*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-4F, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4F,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE AGENCY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00455-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF No. 30-32]**<br><br>**[First Request]** |

COMES NOW Plaintiff, U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-4F, Mortgage Pass-Through Certificates, Series 2006-4F ("U.S. Bank Trustee") and Specially-Appearing Defendant Fidelity National Title Group, Inc., ("FNTG") and Defendants Chicago Title Insurance Company ("CTIC") and Chicago Title Agency of Nevada ("CTA") (collectively, the "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 18, 2021, U.S. Bank Trustee filed its Complaint in the Eighth Judicial District Court, State of Nevada, Case No. A-21-831364-C [ECF No. 1-1];

2. On March 18, 2021, CTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On June 15, 2021, Defendants each filed Motion to Dismiss [ECF Nos. 30-32];

4. U.S. Bank Trustee's deadline to respond to Defendants' Motions to Dismiss is currently June 29, 2021;

5. U.S. Bank Trustee's counsel is requesting a brief 14-day extension until Tuesday, July 13, 2021, to file its responses to the pending Motions to Dismiss;

6. This extension is requested to allow counsel for U.S. Bank Trustee additional time to review and respond to the points and authorities cited to in the pending Motions;

7. Counsel for Defendants does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 28th day of June, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-4F, Mortgage Pass-Through Certificates, Series 2006-4F*

DATED this 28th day of June, 2021.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.,
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendants, Fidelity National Title Group, Inc., Chicago Title Insurance Company, and Chicago Title Agency of Nevada*

**IT IS SO ORDERED.**

Dated this 29 day of June, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT