| | |
|---|---|
| 1 | Scott E. Gizer, Esq., Nevada Bar No. 12216 |
| | *sgizer@earlysullivan.com* |
| 2 | Sophia S. Lau, Esq., Nevada Bar No. 13365 |
| | *slau@earlysullivan.com* |
| 3 | EARLY SULLIVAN WRIGHT |
| | GIZER & McRAE LLP |
| 4 | 8716 Spanish Ridge Avenue, Suite 105 |
| | Las Vegas, Nevada 89148 |
| 5 | Telephone: (702) 331-7593 |
| | Facsimile: (702) 331-1652 |

Kevin S. Sinclair, Nevada Bar Number 12277
*ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-4F, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4F,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00455-GMN-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 10] AND MOTION FOR FEES AND COSTS [ECF No. 11]**<br><br>**(Third Request)** |



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

622729.1

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff U.S. Bank National Association ("U.S. Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 18, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-831364-C [ECF No. 1-1];
2. On March 18, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On April 19, 2021, U.S. Bank filed a Motion for Remand [ECF No. 10] and Motion for Costs and Fees [ECF No. 11];
4. On May 3, 2021, the Court granted the parties' first request to extend Chicago Title's time to respond to the Motion for Remand and Motion for Costs and Fees;
5. On June 3, 2021, the Court granted the parties' second request to extend Chicago Title's time to respond to the Motion for Remand and Motion for Costs and Fees;
6. Chicago Title's counsel is requesting an additional extension until July 21, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Chicago Title requests a further extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in U.S. Bank's motions;
8. U.S. Bank does not oppose the requested extension;
9. This is the third request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to U.S. Bank's Motion for Remand [ECF No. 10] and Motion for Costs and Fees [ECF No. 11] is hereby extended through and including July 21, 2021.

Dated: June 25, 2021

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: */s/-- Sophia S. Lau*
SCOTT E. GIZER
SOPHIA S. LAU
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: June 25, 2021

SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: June 25, 2021

WRIGHT FINLAY & ZAK, LLP

By: */s/-Christina V. Miller*
DARREN T. BRENNER
CHRISTINA V. MILLER
Attorneys for Plaintiff U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this  29  day of June, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
622729.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ D'Metria Bolden*
D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP



3
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
622729.1