Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY, and CHICAGO TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00455-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS AND OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 30-32, 41)** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Chicago Title Insurance Company ("Chicago Title"), and Chicago Title of Nevada, Inc. ("Chicago Agency") (collectively "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On March 18, 2021, U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 18, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. June 15, 2021, FNTG, Chicago Title, and Chicago Agency moved to dismiss U.S. Bank's complaint (ECF Nos. 30-32);

4. On July 13, 2021, U.S. Bank filed its responses to FNTG, Chicago Title, and Chicago Agency's motions to dismiss (ECF Nos. 38-40) and filed a countermotion for partial summary judgment to Chicago Title's motion to dismiss (ECF No. 41);

5. Defendants request a four-week extension of their respective deadlines to reply in support of the motions to dismiss and a two-week extension of Chicago Title's deadline to oppose the countermotion for summary judgment, through and including Tuesday, August 17, 2021 (such that all of Defendants' replies and the opposition are due on that date), to afford Defendants' counsel additional time to review and respond to U.S. Bank's oppositions and countermotion.

6. Counsel for U.S. Bank does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO REPLY AND OPPOSE MOTIONS**

**IT IS SO STIPULATED** that Defendants' respective deadlines to reply in support of their motions to dismiss and oppose U.S. Bank's countermotion is hereby extended through and including Tuesday, August 17, 2021.

Dated: July 14, 2021        SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY, and CHICAGO TITLE OF NEVADA, INC.

Dated: July 14, 2021        WRIGHT FINLAY & ZAK, LLP

By: _/s/-Christina V. Miller_
CHRISTINA V. MILLER
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this __16__ day of July, 2021.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

