Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY, AND CHICAGO TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ONLY PER L.R. IA 11-1(b)(ii)

Janet Trost, Esq., State Bar No. 4072
501 S. Rancho Drive
Suite H-56
Las Vegas, NV 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-cv-00455-GMN-BNW<br><br>**NOTICE OF CHANGE OF DESIGNATION OF LOCAL COUNSEL FOR SERVICE OF PROCESS ONLY PER LOCAL RULE IA 11-1(b)** |

**PLEASE TAKE NOTICE** that as of the date appearing below, attorney Gary L. Compton, Esq. will no longer serve as designated local counsel for service of process for Sinclair Braun LLP pursuant to Local Rule IA 11-1(b), and no further papers, process or pleadings should be served on Mr. Compton.



1
**NOTICE OF CHANGE OF DESIGNATION OF LOCAL COUNSEL**

1  Counsel of record Kevin Sinclair and Sinclair Braun LLP hereby designate Janet Trost,

2  Esq. as designated local counsel for service of process only pursuant to Local Rule IA 11-1(b).

3  All papers, process, or pleadings required to be served on Mr. Sinclair may be directed as

4  follows:

5  Janet Trost, Esq.
   501 S. Rancho Drive
6  Suite H-56
   Las Vegas, NV 89106
7

8

9  Dated:  November 16, 2022            SINCLAIR BRAUN LLP

10

11                                      By:   /s/-Kevin S. Sinclair
                                              KEVIN S. SINCLAIR
12                                            Attorneys for Defendants
                                              FIDELITY NATIONAL TITLE GROUP, INC.,
13                                            CHICAGO TITLE INSURANCE COMPANY,
                                              AND CHICAGO TITLE OF NEVADA, INC.

14

15                         **ORDER**
   IT IS ORDERED that ECF No. 61 is
16 DENIED without prejudice for failure to
   comply with LR IA 11-6(c).
17
                    IT IS SO ORDERED
                    DATED: 10:04 am, November 17, 2022
18

19                  **BRENDA WEKSLER**
                    **UNITED STATES MAGISTRATE JUDGE**

20

21

22

23

24

25

26

27

28



2
**NOTICE OF CHANGE OF DESIGNATION OF LOCAL COUNSEL**